## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW VASQUEZ,<br><br>        Plaintiff(s),<br><br>v.<br><br>SENTINEL INSURANCE COMPANY, et al.,<br><br>        Defendant(s). | 2:13-CV-1172 JCM (NJK) |

### ORDER

Presently before the court is defendants', Hartford Insurance Company and Sentinel Insurance Company, motion to dismiss. (Doc. # 5). Plaintiff filed a response in opposition. (Doc. # 10). To date, no reply has been filed.

The parties filed a notice of settlement with the court. (Doc. # 11). The notice represents that the pending motion to dismiss and all other pending matters are moot in light of the settlement. (*Id.*). The court denies the motion as moot due to the pending settlement. The motion is denied without prejudice.

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' motion to

3  dismiss (Doc. # 5) be, and the same hereby, is DENIED as moot.

4  DATED August 8, 2013.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -