DARREN T. BRENNER
Nevada Bar No. 8386
KIMBERLEY A. HYSON
Nevada Bar No. 11611
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email:   darren.brenner@akerman.com
Email:   kimberley.hyson@akerman.com

*Attorneys for Sentinel Insurance Company and Hartford Insurance Company of the Midwest*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW VASQUEZ,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>SENTINEL INSURANCE COMPANY; HARTFORD INSURANCE COMPANY OF THE MIDWEST; DOE INDIVIDUALS 1 through 10; ROE CORPORATIONS 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive,<br><br>　　　　　　　　　Defendants. | Case No.: 2:13-cv-01172-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

　　　　Defendants Sentinel Insurance Company and Hartford Insurance Company of the Midwest, by and through their attorneys Akerman Senterfitt LLP, and Plaintiff Matthew Vasquez by and through his attorneys the Nettles Law Firm, hereby stipulate and agree that the above-entitled matter be dismissed,

. . .

. . .

{26837716;1}

with prejudice, the parties to bear their respective fees and costs.

DATED this ___ day of August, 2013.

| AKERMAN SENTERFITT LLP | THE NETTLES LAW FIRM |
|---|---|
| BY: _____ | BY: _____ |
| DARREN T. BRENNER | BRIAN NETTLES, ESQ. |
| Nevada Bar No. 8386 | Nevada Bar No. 7462 |
| KIMBERLEY A. HYSON | JOEL HENGSTLER, ESQ. |
| Nevada Bar No. 11611 | Nevada Bar No. 11597 |
| 1160 Town Center Drive, Suite 330 | 1389 Galleria Drive, Suite 200 |
| Las Vegas, NV 89144 | Henderson, Nevada 89014 |
| *Attorneys for Defendants* | *Attorney for Plaintiff* |

{26837716;1} 2

## ORDER

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED, ADJUDGED AND DECREED that the above-entitled action be dismissed, with prejudice.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: September 9, 2013