DARREN T. BRENNER
Nevada Bar No. 8386
KIMBERLEY A. HYSON
Nevada Bar No. 11611
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email:         darren.brenner@akerman.com
Email:         kimberley.hyson@akerman.com

*Attorneys for Sentinel Insurance Company and Hartford Insurance Company of the Midwest*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW VASQUEZ,<br><br>                              Plaintiff,<br><br>v.<br><br>SENTINEL INSURANCE COMPANY; HARTFORD INSURANCE COMPANY OF THE MIDWEST; DOE INDIVIDUALS 1 through 10; ROE CORPORATIONS 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive,<br><br>                              Defendants. | Case No.: 2:13-cv-01172-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Defendants Sentinel Insurance Company and Hartford Insurance Company of the Midwest, by and through their attorneys Akerman Senterfitt LLP, and Plaintiff Matthew Vasquez by and through his attorneys the Nettles Law Firm, hereby stipulate and agree that the above-entitled matter be dismissed,

. . .

. . .

{26837716;1}

1 | with prejudice, the parties to bear their respective fees and costs.

3 | DATED this ___ day of August, 2013.

AKERMAN SENTERFITT LLP                          THE NETTLES LAW FIRM

BY: _____                   BY: _____
DARREN T. BRENNER                               BRIAN NETTLES, ESQ.
Nevada Bar No. 8386                             Nevada Bar No. 7462
KIMBERLEY A. HYSON                              JOEL HENGSTLER, ESQ.
Nevada Bar No. 11611                            Nevada Bar No. 11597
1160 Town Center Drive, Suite 330               1389 Galleria Drive, Suite 200
Las Vegas, NV 89144                             Henderson, Nevada 89014
*Attorneys for Defendants*                      *Attorney for Plaintiff*

AKERMAN SENTERFITT LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

## ORDER

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED, ADJUDGED AND DECREED that the above-entitled action be dismissed, with prejudice.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: September 9, 2013